UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-JEM

UNITED STATES OF AMERICA,

vs.

JAMES SOLAGES,

     Defendant.

_____/

**<u>MOTION TO APPOINT SECOND CHAIR COUNSEL</u>**

COMES NOW the Defendant, JAMES SOLAGES (hereafter "Solages"), and moves this Honorable Court for the entry of an Order Appointing Second Chair Counsel. In support, thereof Solages would show:

1. Soalges has been charged in a Second Superseding indictment, dated February 14, 2023, with Count I: Conspiracy to Provide Material Support Resulting in Death in violation of Title 18 U.S.C. § 2339A; Count II: Providing Material Support or Resources to Carry out a Violatoin of Section 956(a)(1), Resulting in Death in violation of 18 U.S.C. § 2339A(a); and Count III: Conspiracy to Kill or Kidnapa person Outside the United States, in violation of 18 U.S.C. § 956(a)(1). [DE 107].

2. Undersigned was appointed under the Criminal Justice Act to represent Solages on February 1, 2023 at his initial appearance. [DE 5].

3. The arraignment was held on February 15, 2023 and the standard discoveyr order was entered at that time. [DE 114].

4. The Government filed their sixth response to the standing discovery on March 17, 2023. [DE 175].

5. As this Court is most likely aware, this case deals with the assassination of the Haitian President which occurred in Port-au- Prince, Haiti in July of 2021.

6. That although the government has provided the undersigned counsel with their initial discovery, a portion of it is currently being stored on a 4 TB External Hard Drive. This drive alone includes the cellubrite data files for approximately 55 cellular phones. The amount of data and information on this drive alone is overwhelming. It has been exceedingly difficult to even open these files for viewing.

7. The government has also provided the undersigned attorney a data dump using the USAFx Box System. There appears to be approximately 8,358 separate items of discovery that has been listed in an index. These appear to include multiple PDF files, photographs, audio files, video files, and misc other items that the undersigned has not been able to identify yet. The amount of discovery based on discussions with other counsel in the case who have been working this case for over a year is exceedingly voluminous and hard to navigate in its current format.

8. Additionally, upon information and belief, there are approximately over 20 witnesses currently incarcerated in Port-au-Prince, Haiti.

9. It is counsels understanding that there are also additional witnesses located in Bogota, Colombia and Jamaica.

10. This case is a complex international case where the President of a country was assassinated. The main facts and circumstances occurred outside of the jurisdiction and most of the witnesses are in other countries.

11. Additionally, the Government moved to designate a classified information security officer pursuant to Section 9 of the Classified Information Procedures Act (CIPA).

12. All these circumstances may require significant amounts of travel, filing of extensive pretrial motions, review of extensive amounts of discovery and preparation for trial.

13. As a whole this case is extended and complex and in the interest of justice a second chair CJA attorney is appropriate under these circumstances.

14. Undersigned has discussed the case and the filing of this motion with CJA attorney Paul Petruzzi who is willing to act as second chair counsel in this case.

15.  The undersigned attorney has also discussed the possibility of moving for a second chair counsel with the government in this case and they indicated they would not oppose such a request.

WHEREFORE, Palacios would request this Honorable Court to appoint Paul Petruzzi as second chair counsel under the Criminal Justice Act.

JONATHAN S. FRIEDMAN, P.A.
101 N.E. 3RD AVE..
SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 713-2820
FACSIMILE (754) 301-5109

/s/ *Jonathan Friedman*

JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 0973297

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 12, 2023, a copy of the foregoing Motion to Appoint

Second Chair Counsel was electronically filed with the Clerk of the Court, United States

Attorney's Office, and other counsel of record, if any, using CM/ECF system.

Respectfully submitted by,

JONATHAN S. FRIEDMAN, P.A.
101 N.E. 3RD AVE..
SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 713-2820
FACSIMILE (754) 301-5109

/s/ Jonathan Friedman

JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 0973297