UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20104-CR-MARTINEZ/BECERRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH VINCENT,
*and* JAMES SOLAGES,

    Defendants.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

PURSUANT to Federal Rule of Criminal Procedure 59(a) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the below-captioned causes are referred to United States Magistrate Judge **JACQUELINE BECERRA** to take all necessary and proper action as required by law with respect to:

**DEFENDANT JOSEPH VINCENT'S MOTION FOR COUNSEL TO BE EXCUSED FROM ATTENDING *EX PARTE* HEARING REGARDING CJA MATTERS [ECF No. 224]**

**AND**

**DEFENDANT JAMES SOLAGES'
MOTION TO APPOINT SECOND CHAIR COUNSEL [ECF No. 225]**

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of April, 2023.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra