UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA

v.

ARCANGEL PRETEL ORTIZ, et al.,

    Defendants.

_____/

**UNITED STATES' MOTION FOR LEAVE
TO ORDER TRANSCRIPT OF SEALED STATUS CONFERENCE**

The United States respectfully requests the Court's leave to order a transcript of the May 8, 2025 sealed hearing, which the Government wishes to maintain for its own records. The Government understands—based on the practice followed at prior sealed hearings, *e.g.*, (DE 1012)—that the court reporter shall not transcribe any sealed hearing or sealed portion of a hearing absent a written order from the Court. Thus, the Government respectfully requests that the Court issue an order permitting the court reporter to transcribe the May 8, 2025 status conference.

    Respectfully submitted,

| | |
|---|---|
| HAYDEN P. O'BYRNE<br>United States Attorney | SUE J. BAI<br>Supervisory Official for the National<br>Security Division |
| By:   */s Sean T. McLaughlin*<br>      Sean T. McLaughlin | */s Andrew Briggs*<br>Andrew Briggs |

Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

Trial Attorney
Court ID No. A5503251
National Security Division – Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-7739
Andrew.Briggs2@usdoj.gov

/s Jason Wu
Jason Wu
Assistant United States Attorney
ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

/s Altanese Phenelus
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
altanese.phenelus@usdoj.gov

### Certificate of Service

I hereby certify that on May 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby served all counsel of record.

/s *Jason Wu*
Jason Wu
Assistant United States Attorney