**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   22-20104-CR-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**ARCANGEL PRETEL ORTIZ, et al.,**

**Defendants.**

_____/

**GOVERNMENT FINAL TRIAL WITNESS LIST**

The Government intends to call the following witnesses in its case-in-chief in the above-captioned trial beginning on March 9, 2026 (DE 1124):

1) Forensic Examiner & Physical Scientist Theodore Chavez, Federal Bureau of Investigation

2) Special Agent Jose Loureiro, Federal Bureau of Investigation

3) Special Agent Martin Suarez, Federal Bureau of Investigation

4) Special Agent Nicholas Rahmer, Federal Bureau of Investigation

5) Special Agent Xavier Castaneda, Federal Bureau of Investigation

6) Special Agent Ty Morrison, Federal Bureau of Investigation

7) Special Agent Cindy Barrois, Federal Bureau of Investigation

8) Special Agent George Nunez, Federal Bureau of Investigation

9) Special Agent Tom Pavletic, Federal Bureau of Investigation

10) Special Agent Rene Luna, Federal Bureau of Investigation

11) Special Agent Jacqueline Valdes, Federal Bureau of Investigation

12) Special Agent Kris Pagano, Federal Bureau of Investigation

13) Special Agent Ryan Bonura, Federal Bureau of Investigation

14) Task Force Officer Daniel Gonzalez, Federal Bureau of Investigation

15) Nestor Mascarell, Forensic Accountant, Federal Bureau of Investigation

16) Kaitlin Dayton, Intelligence Analyst, Federal Bureau of Investigation

1

17) Leilani Laureano, Staff Operations Specialist, Federal Bureau of Investigation

18) Special Agent Dennis Scheffel, Homeland Security Investigations

19) Special Agent Jean Valentin, Homeland Security Investigations

20) Special Agent Richard Maniara, Homeland Security Investigations

21) Special Agent Paul Thompson, Homeland Security Investigations

22) Criminal Analyst, John Labbe, Homeland Security Investigations

23) Chief Officer Manuel Garcia, Cargo Operations, U.S. Customs and Border Protection

==============================================================

24) Senior Digital Forensic Examiner Bryan Jordan, Federal Bureau of Investigation

25) Senior Digital Forensic Examiner Elizabeth Riddell, Federal Bureau of Investigation

26) Senior Digital Forensic Examiner Easton L. Schlueter, Federal Bureau of Investigation

27) Senior Digital Forensic Examiner David Mingarelli, Federal Bureau of Investigation

28) Senior Digital Forensic Examiner Ricardo Soto, Federal Bureau of Investigation

29) Digital Forensic Examiner (Retired) Robert Herbster, Federal Bureau of Investigation

30) Digital Forensic Examiner (Retired) Michael Betancourt, Federal Bureau of Investigation

31) Senior Digital Forensic Examiner (Former) Susy Hwang, Federal Bureau of Investigation

32) Technical Enforcement Officer Brian Hixson, Homeland Security Investigations

33) Special Agent & CFA Christopher Wallace, Homeland Security Investigations

34) CFA (Retired) Steven Towe, Homeland Security Investigations

35) CFA (Retired) Richard Wilkins, Homeland Security Investigations

36) CFA (Former) Tim Stewart, Homeland Security Investigations

==============================================================

37) Dimitri Smith, U.S. Department of Commerce

38) Scott Reese, (Former) Regional Security Officer, U.S. Department of State

39) Deputy Director Susan F. Walke, U.S. Department of State

==============================================================

40) Mario Antonio Palacios Palacios

41) German Alejandro Rivera Garcia

42) Joseph Joel John

43) Joseph Vincent

44) Frederick Bergmann Jr.

45) Rodolphe Jaar

===============================================================

46) Dr. Jean RC Armel Demorcy, Haiti Medical Examiner

47) Dr. Stephen Kalandiak, M.D., Jackson Memorial Hospital

48) Martine Moise

49) Jomarlie Moise

50) Jean Roger Noelcius

51) Jacob Israel

52) Keegan Harricharan

53) Reiniel Gonzalez, Director of Cargo Operations, IBC Airways

54) Pravin Borkar, Safe-Pro USA

[Space Intentionally Left Blank]

The United States reserves the right to call additional witnesses, update witnesses on this list, or refrain from calling witnesses on this list, as circumstances dictate.

Respectfully submitted,

JASON REDING QUIÑONES
United States Attorney

JOHN A. EISENBERG
Assistant Attorney General for the National
Security Division

By:  */s Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
 (305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

*/s Andrew Briggs*
Andrew Briggs
Trial Attorney
Court ID No. A5503251
National Security Division – Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-7739
Andrew.Briggs2@usdoj.gov

/s *Jason Wu*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 NE 4th Street
Miami, FL 33132
 (305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

4

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 19, 2026, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

/s *Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney