UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20104-BECERRA(s)(s)(s)(s)(s)

UNITED STATES OF AMERICA

vs.

ARCANGEL PRETEL ORTIZ, et al.,

      **Defendants.**
_____/

## UNITED STATES' NOTICE OF CLASSIFIED FILINGS

The United States, by and through the undersigned attorneys, hereby provides notice that on February 10 and February 18, 2026, the United States made classified filings concerning Section 4 of the Classified Information Procedures Act with the Classified Information Security Officer.

Respectfully submitted,

| | |
|---|---|
| JASON REDING QUIÑONES<br>United States Attorney | JOHN A. EISENBERG<br>Assistant Attorney General for the National Security Division |
| By:    /s Sean T. McLaughlin<br>Sean T. McLaughlin<br>Assistant United States Attorney<br>Court ID No. A5501121<br>11200 NW 20th Street, Suite 101<br>Miami, FL 33172<br>(305) 715-7642/7654<br>Sean.McLaughlin@usdoj.gov | /s Andrew Briggs<br>Andrew Briggs<br>Trial Attorney<br>Court ID No. A5503251<br>National Security Division – Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530<br>(202) 514-7739<br>Andrew.Briggs2@usdoj.gov |
| /s Jason Wu<br>Jason Wu<br>Assistant United States Attorney<br>Court ID No. A5502299<br>99 NE 4th Street<br>Miami, FL 33132<br>(305) 961-9226 | |

1

Jason.Wu@usdoj.gov

<u>/s *Altanese Phenelus*</u>
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF.

                                        By:    */s/ Andrew Briggs*
                                                      Andrew Briggs
                                                      Trial Attorney