UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA

v.

ARCANGEL PRETEL ORTIZ, et al.,

    Defendants.
_____/

## NOTICE OF PROPOSED TRIAL STIPULATION

The United States of America, by and through the undersigned Assistant United States Attorneys, files this Notice of Proposed Trial Stipulation. Pursuant to matters raised during the February 27, 2026, calendar call and status conference (DE 1455), the Government and counsel for the defendants conferred via conference call on Sunday, March 1, 2026.

Pursuant to this March 1, 2026, conference call, the Government drafted the Proposed Trial Stipulation (Ex. A) and submitted it to the defense for their position. The Government requested a response by 6:00 p.m. today. Individual counsel for each trial defendant either did not respond in a timely fashion or signaled their disagreement and/or plan to pursue other avenues with the Court.

The Government maintains that the Proposed Trial Stipulation (Ex. A) is the most appropriate vehicle, both as to procedure and substance, in addressing the matters raised at the February 27, 2026, hearing (DE 1455). The Government will respond to any defense counter-proposal(s), when and if they become available, before the Court.

[Space Intentionally Left Blank]

Respectfully submitted,

| | |
|---|---|
| JASON REDING QUIÑONES<br>United States Attorney | JOHN A. EISENBERG<br>Assistant Attorney General for the National Security Division |
| By: */s Sean T. McLaughlin*<br>Sean T. McLaughlin<br>Assistant United States Attorney<br>Court ID No. A5501121<br>11200 NW 20th Street, Suite 101<br>Miami, FL 33172<br>(305) 715-7642/7654<br>Sean.McLaughlin@usdoj.gov | */s Andrew Briggs*<br>Andrew Briggs<br>Trial Attorney<br>Court ID No. A5503251<br>National Security Division – Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530<br>(202) 514-7739<br>Andrew.Briggs2@usdoj.gov |
| */s Jason Wu*<br>Jason Wu<br>Assistant United States Attorney<br>Court ID No. A5502299<br>99 NE 4th Street<br>Miami, FL 33132<br>(305) 961-9226<br>Jason.Wu@usdoj.gov | |
| */s Altanese Phenelus*<br>Altanese Phenelus<br>Assistant United States Attorney<br>FL Bar No. 112693<br>99 N.E. 4th Street<br>Miami, FL 33132<br>(305) 961-9375<br>Altanese.Phenelus@usdoj.gov | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2026, I filed the foregoing document through CM/ECF and thus served all counsel of record.

*/s Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney