UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>22-CR-20104-CR-BECERRA(s)(s)(s)(s)(s)</u>

UNITED STATES OF AMERICA

v.

**ARCANGEL PRETEL ORTIZ,**
    a/k/a "Colonel Gabriel,"
**ANTONIO INTRIAGO**
    a/k/a "The General,"
**WALTER VEINTEMILLA, and**
**JAMES SOLAGES,**
    a/k/a "Yacov,"
    a/k/a "Junior,"

        **Defendants.**
_____/

## STIPULATIONS OF FACT

The United States of America, the defendants Arcangel Pretel Ortiz, Antonio Intriago, Walter Veintemilla, and James Solages, and their undersigned counsel hereby stipulate and agree to the following facts:

1. On July 7, 2021, the Haitian National Police (HNP) informed the U.S. Embassy that the attackers were of Venezuelan or Colombian origin, but did not provide any additional information on how HNP determined their nationality.

2. Shortly after Jovenel Moise's assassination, the U.S. government received information deemed credible at the time that Luc Edwin Ceide, Juge Marc Antoine St. Louis, Ingville Ceide, and Kiki St. Remy might have been involved in the attack plotting.

3. In early July 2021, German Alejandro Rivera's ("Rivera") cellular phone, a Motorola One Vision phone bearing IMEI 352171103206556, was collected as evidence by Haitian authorities, affixed with a round, orange "#1" sticker, and transported to an office of Haitian authorities. At the time of its collection in early 2021, the cellular phone was unlocked, and a short video of the cellular phone's screen was taken, which appeared to depict an early July 2021 WhatsApp conversation between Rivera and "Gabriel." In early 2025, the United States

government came into possession of the cellular telephone and performed a logical full read forensic examination of the cellular phone. The early 2025 forensic examination revealed that the cellular phone had been factory reset at some point prior to the forensic examination, but the forensic examination was unable to ascertain the date of the factory reset. Notwithstanding the factory reset, a small amount of data was able to be extracted from the cellular phone. After the forensic examination of the cellular phone, the cellular phone was inadvertently destroyed, and the digital logical full read file does not exist. The ==available contents of the phone are marked as Government/Defense Exhibit XXX.==

4. A source from a foreign country provided the following information: Leon Charles, General Director of the Haitian National Police between November 2020 and October 2021, would have provided the vehicles for the assassination of Jovenel Moise; this information has not been corroborated by the foreign country.

5. The U.S. government has information that certain Haitian authorities believe that Haitian Senator Nenel Cassy played a key role in orchestrating the assassination of Moise, and that Cassy had hidden assassination suspect Joseph Joel John and was helping him evade arrest.

6. The U.S. government received information regarding allegations that:
   a. Current and former Haitian government officials including Ariel Henry and Michel Martelly were allegedly aware of the plot against Jovenel Moise.
   b. Joseph Badio, Minister of Justice Rockefeller Vincent, James Solages, and an unnamed person allegedly met sometime in advance of Moise's assassination and at the time they met, the plan was to depose rather than kill Moise.
   c. Badio was allegedly at Moise's residence the night of the assassination along with Colombian mercenaries and gave orders to the group. Badio allegedly received instructions that night from an unnamed individual who was directing the plot that they should kill Moise rather than take him into custody and Badio allegedly passed those instructions to the attackers at Moise's residence.
   d. Badio allegedly spoke with Henry the night of Moise's assassination, both before and after Moise was killed.
   e. Henry and Martelly were allegedly aware of Badio's living situation in Haiti and were helping him remain hidden.

7. The U.S. government has unverified information that as of September and October 2021, Ariel Henry had appointed new judges and cabinet members as well as a new prosecutor who have allegedly slowed down the investigation of Jovenel Moise's assassination. Haitian authorities also claimed that they were provided insufficient resources to pursue leads regarding Joseph Badio's location.

8. The U.S. government has information that Martine Moise planned to file a criminal complaint accusing Ariel Henry of being directly involved in her husband's assassination without proof of his involvement, in an attempt to push Henry out as Prime Minister and in coordination with political protests she had planned in the fall of 2021. The U.S. government also has information that Martine Moise planned to file criminal complaints against Haitian businessmen as being involved in the assassination; she assessed one or more of the businessmen had funded the assassination, without having evidence of their involvement.

9. At 2132 GMT on 19 October 2021, a North American-type aircraft departed the Profesor Juan Bosch International Airport in the Dominican community of El Catey (Province of Samana). Its destination was Cancun, Mexico. It was piloted by two Mexican Nationals. They presented their general declaration specifying the aerial route to Mexico. Later, when they entered Haitian airspace, the control tower lost contact, which generated an alert that the aircraft was stolen. At 0018 GMT on 20 October 2021, it was reported that the aircraft made an emergency landing at the Jacmel regional airport in Haiti. The two-member crew were injured and hospitalized. The U.S. government has information that Joseph Joel John is from the area of Haiti where the aircraft made its emergency landing and may have been hiding with others, including Rodolphe Jaar and Joseph Felix Badio, and that they may have been seeking to go to Mexico. It is also possible that the plane was stolen for Mexican drug cartels.

10. The U.S. government has unverified information that in December 2021, Joseph Badio was living with Prime Minister Ariel Henry.

11. The U.S. government has information that on June 14, 2022, Kraze Barye gang leader Vitelhomme Innocent made public statements on social media demanding that the Haitian National Police (HNP) stop harassing him, giving an ultimatum of 72 hours. He also "reminded" the Haitian government that he had assisted in bringing them to power, claiming he had participated in meetings with Prime Minister Ariel Henry and HNP Director General Frantz Elbe to plan the assassination of former President Moise.

_____   _____
SEAN T. McLAUGHLIN                            ANDREW BRIGGS
ASSISTANT UNITED STATES ATTORNEY              DOJ TRIAL ATTORNEY

_____
JASON WU
ASSISTANT UNITED STATES ATTORNEY

_____
ALTANESE PHENELUS
ASSISTANT UNITED STATES ATTORNEY

| | |
|---|---|
| _____ <br> DAVID A. HOWARD, ESQ. <br> ATTORNEY FOR DEFENDANT ORTIZ | _____ <br> ARCANGEL PRETEL ORTIZ <br> DEFENDANT |

_____
ORLANDO DoCAMPO, ESQ.
ATTORNEY FOR DEFENDANT ORTIZ

_____
DANIELA JARMILLO, ESQ.
ATTORNEY FOR DEFENDANT ORTIZ

| | |
|---|---|
| _____ <br> EMMANUEL PEREZ, ESQ. <br> ATTORNEY FOR DEFENDANT INTRIAGO | _____ <br> ANTONIO INTRIAGO <br> DEFENDANT |

_____
HECTOR FLORES, ESQ.
ATTORNEY FOR DEFENDANT INTRIAGO

| | |
|---|---|
| _____ <br> TAMA KUDMAN, ESQ. <br> ATTORNEY FOR DEFENDANT VEINTEMILLA | _____ <br> WALTER VEINTEMILLA <br> DEFENDANT |

_____
MARISSEL DESCALZO, ESQ.
ATTORNEY FOR DEFENDANT VEINTEMILLA

| | |
|---|---|
| _____ <br> JONATHAN S. FRIEDMAN, ESQ. <br> ATTORNEY FOR DEFENDANT SOLAGES | _____ <br> JAMES SOLAGES <br> DEFENDANT |

_____
SIMON PATRICK DRAY, ESQ.
ATTORNEY FOR DEFENDANT SOLAGES