**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   22-20104-CR-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**ARCANGEL PRETEL ORTIZ, et al.,**
            **Defendants.**
                                    /

## GOVERNMENT'S FINAL EXHIBIT LIST

The United States submits the following final exhibit list for the trial in the above-captioned matter.   The United States has earlier filed initial exhibit lists beginning in December 2025 (DE 1318, 1366, 1438, 1467).

This final exhibit list adds 3 small, overlooked items (GX 11D, 103F, 103G) – all previously produced in discovery.   The United States reserves the right to amend and update the exhibits on this list as circumstances dictate, and any such amendments and updates will be provided to the defense.

[Space Intentionally Left Blank]

Respectfully submitted,

JASON REDING QUIÑONES
United States Attorney

JOHN A. EISENBERG
Assistant Attorney General for the National
Security Division

By:   */s Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
 (305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

*/s Andrew Briggs*
Andrew Briggs
Trial Attorney
Court ID No. A5503251
National Security Division – Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-7739
Andrew.Briggs2@usdoj.gov

/s *Jason Wu*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 NE 4th Street
Miami, FL 33132
 (305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

2

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 1A | Arcangel Pretel Ortiz Photo | | | | | |
| 1B | Arcangel Pretel Ortiz Certified FL DAVID | | | | | |
| 1C | Arcangel Pretel Ortiz Certified FL-NJ flight ticket records - Frontier & United Airlines – April 15-17, 2021 | | | | | |
| 1D | Arcangel Pretel Ortiz Certified Colombian Military Records & Translation | | | | | |
| 1E-1 | Arcangel Pretel Ortiz Certified FBI CHS Records – FD 1040a CHS Admonishments (2021-2010) | | | | | |
| 1E-2 | Arcangel Pretel Ortiz Certified FBI CHS Records – OIA Admonishments (2020-2013) | | | | | |
| 1E-3 | Arcangel Pretel Ortiz Certified FBI CHS Records – G325A Biographical Information Form | | | | | |
| 1E-4 | Arcangel Pretel Ortiz Certified FBI CHS Records – FD 1023 Contact Reports (March 2021 – July 2021) | | | | | |
| 1E-5 | Arcangel Pretel Ortiz Certified FBI CHS Records – DHS SPBP Application Form (June 2021) | | | | | |
| 1E-6 | Arcangel Pretel Ortiz Certified FBI CHS Records – FD 1040a Closing Document (July 2021) | | | | | |
| 1F-1 | Arcangel Pretel Ortiz Certified Lack of U.S. Department of State Employment Record | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 1F-2 | Arcangel Pretel Ortiz Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 1F-3 | Arcangel Pretel Ortiz Certified Lack of FBI Employment Record | | | | | |
| 1F-4 | Arcangel Pretel Ortiz Certified Lack of DEA Employment Record | | | | | |
| 2A | Antonio Intriago Photo | | | | | |
| 2B-1 | Antonio Intriago Certified FL DAVID | | | | | |
| 2B-2 | Antonio Intriago & Arcangel Pretel Ortiz - Certified State of Florida Corporation Records - CTU Federal Academy LLC | | | | | |
| 2B-3 | Antonio Intriago - Certified State of Florida Corporation Records - CTU Security LLC | | | | | |
| 2C-1 | Antonio Intriago Certified U.S.-Haiti flight ticket records – American Airlines - May 25, 2021 | | | | | |
| 2C-2 | Antonio Intriago Certified U.S.-Haiti flight ticket records - American Airlines - June 23-24, 2021 | | | | | |
| 2C-3 | Antonio Intriago Certified FL-TX flight ticket records - American Airlines – June 28, 2021 | | | | | |

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 2C-4 | Antonio Intriago Certified U.S. Haiti flight record – Jet Genius – May 21, 2021 | | | | | |
| 2C-5 | Antonio Intriago-purchased Certified flight ticket records for Frantz Torchon and Pascal St. Clair – American Airlines - May 13, 2021 | | | | | |
| 2D-1 | Antonio Intriago Certified FBI CHS Records – Annual Asset Evaluation (March 2005) | | | | | |
| 2D-2 | Antonio Intriago Certified FBI CHS Records – CHS Admonishments (2009) | | | | | |
| 2D-3 | Antonio Intriago Certified FBI CHS Records – CHS Closing (2009) | | | | | |
| 2E-1 | Antonio Intriago Certified Lack of U.S. Department of State Employment Record | | | | | |
| 2E-2 | Antonio Intriago Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 2E-3 | Antonio Intriago Certified Lack of FBI Employment Record | | | | | |
| 2E-4 | Antonio Intriago Certified Lack of DEA Employment Record | | | | | |

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|--------|---------|---------------|--------------|-------|------|-------------------------|
| 3A | Walter Veintemilla Photo | | | | | |
| 3B-1 | Walter Veintemilla Certified FL DAVID | | | | | |
| 3B-2 | Walter Veintemilla - Certified State of Florida Corporation Records – Worldwide Capital Lending Group Inc. | | | | | |
| 3B-3 | Walter Veintemilla - Certified State of Florida Corporation Records – Worldwide Investment Development Group LLC | | | | | |
| 3B-4 | Walter Veintemilla - Certified State of Florida Corporation Records – Worldwide Mortgage Lending Group Inc. | | | | | |
| 3B-5 | Walter Veintemilla - Certified State of Florida Corporation Records – Worldwide Realty Group Services LLC | | | | | |
| 3B-6 | Walter Veintemilla - Certified State of Florida Corporation Records –Ultimate Insurance Group LLC | | | | | |
| 3B-7 | Walter Veintemilla - Certified State of Florida Corporation Records –Ultimate Insurance Group I LLC | | | | | |
| 3C-1 | Walter Veintemilla Certified Lack of U.S. Department of State Employment Record | | | | | |

4

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 3C-2 | Walter Veintemilla Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 3C-3 | Walter Veintemilla Certified Lack of FBI Employment Record | | | | | |
| 3C-4 | Walter Veintemilla Certified Lack of DEA Employment Record | | | | | |
| 4A | Christian Sanon Photo | | | | | |
| 4B-1 | Christian Sanon Certified FL DAVID | | | | | |
| 4B-2 | Christian Sanon - Certified State of Florida Corporation Records – Sanon Realty Enterprises LLC | | | | | |
| 4B-3 | Christian Sanon - Certified State of Florida Corporation Records – International Medical Village S.A. Company | | | | | |
| 4B-4 | Christian Sanon - Certified State of Florida Corporation Records – Vasco Gas LLC | | | | | |
| 4B-5 | Christian Sanon - Certified State of Florida Corporation Records – Vasco Gaz and Investments, Inc. | | | | | |
| 4B-6 | Christian Sanon - Certified State of Florida Corporation Records – Boulder Development LLC | | | | | |

5

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 4B-7 | Christian Sanon - Certified State of Florida Corporation Records – Organisation Rome Haiti Corporation | | | | | |
| 4B-8 | Christian Sanon - Certified State of Florida Corporation Records – Organisation Rome Haiti Inc. | | | | | |
| 4B-9 | Christian Sanon - Certified State of Florida Corporation Records – Haytian American Doctor's Hospital Inc. | | | | | |
| 4C-1 | Christian Sanon Certified U.S.-Haiti flight ticket records – American Airlines – December 13, 2020 | | | | | |
| 4C-2 | Christian Sanon Certified Haiti-U.S. flight ticket records – American Airlines – April 1, 2021 | | | | | |
| 4C-3 | Christian Sanon Certified U.S.-Haiti flight ticket records –Jet Genius –May 2021 | | | | | |
| 4D-1 | Christian Sanon Certified Lack of U.S. Department of State Employment Record | | | | | |
| 4D-2 | Christian Sanon Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 4D-3 | Christian Sanon Certified Lack of FBI Employment Record | | | | | |
| 4D-4 | Christian Sanon Certified Lack of DEA Employment Record | | | | | |

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 4E-1 | Christian Sanon Certified Lack of Medical License Records – State of Florida | | | | | |
| 4E-2 | Christian Sanon Certified Lack of Medical License Records – State of Illinois | | | | | |
| 4E-3 | Christian Sanon Certified Lack of Medical License Records – State of Missouri | | | | | |
| 4E-4 | Christian Sanon Certified Lack of Medical License Records – State of New York | | | | | |
| 4E-5 | Christian Sanon Certified Lack of Medical License Records – State of New Jersey | | | | | |
| 4E-6 | Christian Sanon Certified HHS/NPI Records | | | | | |
| 4F-1 | Christian Sanon Certified Lack of DEA License/Prescription Registration Records | | | | | |
| 4F-2 | Christian Sanon Certified Lack of DEA License/Prescription Records | | | | | |
| 5A | James Solages Photo | | | | | |
| 5B-1 | James Solages Certified FL DAVID | | | | | |

7

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 5B-2 | James Solages - Certified State of Florida Corporation Records – FWA SA A Jacmel Avan, Inc. | | | | | |
| 5B-3 | James Solages - Certified State of Florida Corporation Records – EJS Maintenance & Repair LLC | | | | | |
| 5C-1 | James Solages Certified U.S.-Haiti flight ticket records – American Airlines – April 19, 2021 | | | | | |
| 5C-2 | James Solages Certified Haiti-U.S. flight ticket records – JetBlue Airways – April 23, 2021 | | | | | |
| 5C-3 | James Solages Certified U.S.-Haiti flight ticket records – American Airlines – April 29, 2021 | | | | | |
| 5C-4 | James Solages Certified Haiti-U.S. flight ticket records – American Airlines – May 7, 2021 | | | | | |
| 5C-5 | James Solages Certified U.S.-Haiti flight ticket records – American Airlines – May 17, 2021 | | | | | |
| 5C-6 | James Solages Certified Haiti-U.S. flight ticket records – JetBlue Airways – June 12, 2021 | | | | | |
| 5C-7 | James Solages Certified U.S.-Haiti flight ticket records – JetBlue Airways – June 19, 2021 | | | | | |
| 5C-8 | James Solages Certified Haiti-U.S. flight ticket records – JetBlue Airways – June 28, 2021 | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 5C-9 | James Solages Certified FL-TX flight ticket records – Southwest Airlines – June 29-30, 2021 | | | | | |
| 5C-10 | James Solages Certified U.S.-Haiti flight ticket records – JetBlue Airways - July 1, 2021 | | | | | |
| 5D-1 | Solages Certified Lack of U.S. Department of State Employment Record | | | | | |
| 5D-2 | James Solages Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 5D-3 | James Solages Certified Lack of FBI Employment Record | | | | | |
| 5D-4 | James Solages Certified Lack of DEA Employment Record | | | | | |
| 6A | Joseph Joel John Photo | | | | | |
| 6B-1 | Joseph Joel John Certified Plea Agreement - 22-20104-CR-JEM | | | | | |
| 6B-2 | Joseph Joel John Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 6B-3 | Joseph Joel John Certified Judgment - 22-20104-CR-JEM | | | | | |
| 6C-1 | Joseph Joel John Certified Haiti-US flight records –Jet Blue– April 4, 2021 | | | | | |

9

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|--------|---------|---------------|--------------|-------|------|-------------------------|
| 6C-2 | Joseph Joel John Certified U.S.-Haiti flight ticket records – American Airlines – April 11, 2021 | | | | | |
| 7A | Frederick Bergmann Jr. Photo | | | | | |
| 7B-1 | Frederick Bergmann Jr. Certified FL DAVID | | | | | |
| 7B-2 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records –GCP Clinical Research LLC | | | | | |
| 7B-3 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records – GCP Cancer Research LLC | | | | | |
| 7B-4 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records – International Medical Village LLC | | | | | |
| 7B-5 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records – Biotech Development Company LLC | | | | | |
| 7B-6 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records – Boulder Enterprises III LLP | | | | | |
| 7C-1 | Frederick Bergmann Jr. Certified Plea Agreement - 22-20104-CR-JEM | | | | | |
| 7C-2 | Frederick Bergmann Jr. Certified Factual Proffer - 22-20104-CR-JEM | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 7C-3 | Frederick Bergmann Jr. Certified Judgment - 22-20104-CR-JEM | | | | | |
| 7D-1 | Frederick Bergmann Jr. Certified Tampa, FL-Miami, FL flight ticket records – American Airlines – April 21-22, 2021 | | | | | |
| 7D-2 | Frederick Bergmann Jr. Certified Tampa, FL-Miami, FL flight ticket records – American Airlines – May 12, 2021 | | | | | |
| 8A | Rodolphe Jaar Photo | | | | | |
| 8B-1 | Rodolphe Jaar Certified Plea Agreement - 22-20104-CR-JEM | | | | | |
| 8B-2 | Rodolphe Jaar Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 8B-3 | Rodolphe Jaar Certified Judgment - 22-20104-CR-JEM | | | | | |
| 8B-4 | Rodolphe Jaar Certified Plea Agreement - 13-20259-CR-CMA | | | | | |
| 8B-5 | Rodolphe Jaar Certified Factual Proffer – 13-20259-CR-CMA | | | | | |
| 8B-6 | Rodolphe Jaar Certified Judgment - 13-20259-CR-CMA | | | | | |

11

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 9A | Joseph Vincent Photo | | | | | |
| 9B | Joseph Vincent Certified FL DAVID | | | | | |
| 9C-1 | Joseph Vincent Certified Plea Agreement - 22-20104-CR-JEM | | | | | |
| 9C-2 | Joseph Vincent Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 9C-3 | Joseph Vincent Certified Judgment - 22-20104-CR-JEM | | | | | |
| 9D | Joseph Vincent Certified U.S.-Haiti flight ticket records – American Airlines – January 8, 2021 | | | | | |
| 9E-1 | Joseph Vincent Certified Lack of U.S. Department of State Employment Record | | | | | |
| 9E-2 | Joseph Vincent Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 9E-3 | Joseph Vincent Certified Lack of FBI Employment Record | | | | | |
| 9E-4 | Joseph Vincent Certified Lack of DEA Employment Record | | | | | |
| 10A | Mario Antonio Palacios Palacios Photo | | | | | |

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 10B-1 | Mario Antonio Palacios Palacios - Certified Plea Agreement - 22-20104-CR-JEM | | | | | |
| 10B-2 | Mario Antonio Palacios Palacios - Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 10B-3 | Mario Antonio Palacios Palacios - Certified Judgment - 22-20104-CR-JEM | | | | | |
| 10C | Mario Antonio Palacios Palacios Certified Colombian Military Records & Translation | | | | | |
| 10D | Mario Antonio Palacios Palacios Certified Colombia-Dominican Republic flight ticket records – Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 10E | Mario Antonio Palacios Palacios Post-Arrest Property Photos (Jamaica – October 7, 2021) | | | | | |
| 11A | German Alejandro Rivera Garcia Photo | | | | | |
| 11B-1 | German Alejandro Rivera Garcia - Certified Plea Agreement Judgment - 22-20104-CR-JEM | | | | | |
| 11B-2 | German Alejandro Rivera Garcia - Certified Factual Proffer - 22-20104-CR-JEM | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 11B-3 | German Alejandro Rivera Garcia - Certified Judgment - 22-20104-CR-JEM | | | | | |
| 11C | German Alejandro Rivera Garcia Phone Consent Form | | | | | |
| 11D | German Alejandro Rivera Garcia Certified Colombian Military Records & Translation | | | | | |
| 12A | Duberney Capador Giraldo Photo | | | | | |
| 12B | Duberney Capador Giraldo Certified Colombian Military Records & Translation | | | | | |
| 13A | Carlos Giovanni Guerrero Torres Photo | | | | | |
| 13B | Carlos Giovanni Guerrero Torres Certified Colombian Military Records & Translation | | | | | |
| 13C | Carlos Giovanni Guerrero Torres Certified Colombia-Dominican Republic flight ticket records – Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 14A | Juan Carlos Yepes Clavijo Photo | | | | | |
| 14B | Juan Carlos Yepes Clavijo Certified Colombian Military Records & Translation | | | | | |
| 14C | Juan Carlos Yepes Clavijo Certified Colombia--Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |

14

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 15A | Naiser Franco Casteneda Photo | | | | | |
| 15B | Naiser Franco Casteneda Certified Colombian Military Records & Translation | | | | | |
| 15C | Naiser Franco Casteneda Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 16A | Victor Alberto Pineda Cardona Photo | | | | | |
| 16B | Victor Alberto Pineda Cardona Certified Colombian Military Records & Translation | | | | | |
| 16C | Victor Alberto Pineda Cardona Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 17A | Mauricio Javier Romero Medina Photo | | | | | |
| 17B | Mauricio Javier Romero Certified Colombian Military Records & Translations | | | | | |
| 17C | Mauricio Javier Romero Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 18A | Jhon Jairo Ramirez Gomez Photo | | | | | |

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 18B | Jhon Jairo Ramirez Gomez Certified Colombian Military Records & Translation | | | | | |
| 18C | Jhon Jairo Ramirez Gomez Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 19A | Manuel Antonio Grosso Guarin Photo | | | | | |
| 19B | Manuel Antonio Grosso Guarin Certified Colombian Military Records & Translation | | | | | |
| 19C | Manuel Antonio Grosso Guarin Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 20A | Jheyner Alberto Carmona Florez Photo | | | | | |
| 20B | Jheyner Alberto Carmona Florez Certified Colombian Military Records & Translation | | | | | |
| 20C | Jheyner Alberto Carmona Florez Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 21A | Angel Mario Yarce Sierra Photo | | | | | |
| 21B | Angel Mario Yarce Sierra Certified Colombian Military Records & Translation | | | | | |

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 21C | Angel Mario Yarce Sierra Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 22A | Edwin Enrique Blanquicet Rodriguez Photo | | | | | |
| 22B | Edwin Enrique Blanquicet Rodriguez Certified Colombian Military Records & Translation | | | | | |
| 22C | Edwin Enrique Blanquicet Rodriguez Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 23A | Jhon Jader Andela Photo | | | | | |
| 23B | Jhon Jader Andela Certified Colombian Military Records & Translation | | | | | |
| 24A | Neil Caceres Duran Photo | | | | | |
| 24B | Neil Caceres Duran Certified Colombian Military Records & Translation | | | | | |
| 25A | Alex Miyer Pena Photo | | | | | |
| 25B | Alex Miyer Pena Certified Colombian Military Records& Translation | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 25C | Alex Miyer Pena Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 26A | Jhon Jairo Suarez Alegria Photo | | | | | |
| 26B | Jhon Jairo Suarez Alegria Certified Colombian Military Records & Translation | | | | | |
| 26C | Jhon Jairo Suarez Alegria Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 27A | Francisco Eladio Uribe Ochoa Photo | | | | | |
| 27B | Francisco Eladio Uribe Ochoa Certified Colombian Military Records & Translation | | | | | |
| 27C | Francisco Eladio Uribe Ochoa Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 28A | Enalber Vargas Gomez Photo | | | | | |
| 28B | Enalber Vargas Gomez Certified Colombian Military Records & Translation | | | | | |

18

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 28C | Enalber Vargas Gomez Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 29A | Alejandro Giraldo Zapata Photo | | | | | |
| 29B | Alejandro Giraldo Zapata Certified Colombian Military Records & Translation | | | | | |
| 29C | Alejandro Giraldo Zapata Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 30A | Gersain Mendivelso Jaimes Photo | | | | | |
| 30B | Gersain Mendivelso Jaimes Certified Colombian Military Records & Translation | | | | | |
| 30C | Gersain Mendivelso Jaimes Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 31A | Miguel Guillermo Garzon Photo | | | | | |
| 31B | Miguel Guillermo Garzon Colombian Military Records & Translation | | | | | |
| 32A | Jonathan Alejandro Rivera Garcia Photo | | | | | |

19

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 32B | Jonathan Alejandro Rivera Garcia Cedula/Colombian Military Records & Translation | | | | | |
| 32C-1 | Jonathan Alejandro Rivera Garcia Certified U.S.-Haiti Flight records – American Airlines – April 29, 2021 | | | | | |
| 32C-2 | Jonathan Alejandro Rivera Garcia Certified Dominican Republic-Colombia flight records - Avianca Airlines - June 4, 2021 | | | | | |
| 33 | Ronal Alexander Ramirez Salamanca Photo | | | | | |
| 34A | Joseph Felix Badio Photo | | | | | |
| 34B | Joseph Felix Badio Certified NY DL Records | | | | | |
| 34C | Joseph Felix Badio Haitian Law Enforcement Termination Record & Translation | | | | | |
| 35A | Windelle Coq-Thelot Photo | | | | | |
| 35B | Coq-Thelot Haitian Supreme Court Termination Record & Translation | | | | | |
| 36 | Francis Cineus Alexis Photo | | | | | |
| 37 | Reynaldo Corvington Photo | | | | | |
| 38 | Dominick Cauvin Photo | | | | | |

20

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 39 | Dimitri Herard Photo | | | | | |
| 40 | Gilbert Dragon Photo | | | | | |
| 41 | Jimmy Cherizier a/k/a "BBQ" Photo | | | | | |
| 42 | Vitel'Homme Innocent Photo | | | | | |
| 43 | Ezechiel Alexandre Photo | | | | | |
| 44 | Gerard Latortue Photo | | | | | |
| 45 | Youri Latortue Photo | | | | | |
| 46 | General Herard Abraham Photo | | | | | |
| 47 | Ashkard Pierre Photo | | | | | |
| 48A | Jean Wesley Lucien Photo | | | | | |
| 48B | Jean Wesley Lucien Certified FL DAVID Records | | | | | |
| 49A | Roland Jean Pierre Photo | | | | | |
| 49B | Roland Jean Pierre Certified Maryland Driver's License Records | | | | | |
| 49C | Roland Jean Pierre Certified Lack of U.S. Department of State Employment Record | | | | | |

21

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 49D | Roland Jean Pierre Certified Lack of FBI Employment Record | | | | | |
| 50A | Helen Manich Photo | | | | | |
| 50B | Helen Manich Certified Virginia/District of Colombia Driver's License Records | | | | | |
| 50C | Helen Manich Certified Lack of U.S. Department of State Employment Record | | | | | |
| 50D | Helen Manich Certified Lack of FBI Employment Record | | | | | |
| 51A | Robert Balthazar Photo | | | | | |
| 51B | Robert Balthazar Certified Virginia Driver's License Records | | | | | |
| 51C | Robert Balthazar Certified Lack of U.S. Department of State Employment Record | | | | | |
| 51D | Robert Balthazar Certified Lack of FBI Employment Record | | | | | |
| 52 | Willy Louis Photo | | | | | |
| 53 | Gordon Phenil Desir Photo | | | | | |
| 54 | Gashner Fevilien Photo | | | | | |

22

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 55 | Marky Kessa Photo | | | | | |
| 56 | Samir Handal Photo | | | | | |
| 57 | Junior Alexis Photo | | | | | |
| 58 | Gregoire Bony Photo | | | | | |
| 59A | Dumel Joseph Photo | | | | | |
| 59B | Dumel Joseph Certified FL DAVID Records | | | | | |
| 59C | Dumel Joseph Certified Lack of U.S. Department of State Employment Record | | | | | |
| 59D | Dumel Joseph Certified Lack of FBI Employment Record | | | | | |
| 60A | Jacob Israel Photo | | | | | |
| 60B-1 | Jacob Israel Certified FL DAVID Records | | | | | |
| 60B-2 | Jacob Israel - Certified State of Florida Corporation Records – Charis Equity Partners LLC | | | | | |
| 60B-3 | Jacob Israel Certified Plea Agreement - 26-20053-CR-KMW | | | | | |
| 60B-4 | Jacob Israel Certified Factual Proffer - 26-20053-CR-KMW | | | | | |
| 61A | Byron Rainer Photo | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 61B | Byron Rainer Certified FL DAVID Records | | | | | |
| 62A | Richard Weiner Photo | | | | | |
| 62B | Richard Weiner Certified FL DAVID Records | | | | | |
| 63A | Paul Richardson Photo | | | | | |
| 63B | Paul Richardson Certified FL DAVID Records | | | | | |
| 64A | Keegan Harricharan Photo | | | | | |
| 64B-1 | Keegan Harricharan Certified FL DAVID Records | | | | | |
| 64B-2 | Keegan Harricharan - Certified State of Florida Corporation Records – TNR Holding Group Incorporated | | | | | |
| 64B-3 | Keegan Harricharan Certified Plea Agreement - 26-20054-CR-KMM | | | | | |
| 64B-4 | Keegan Harricharan Certified Factual Proffer - 26-20054-CR-KMM | | | | | |
| 64B-5 | Keegan Harricharan Certified Plea Agreement - 22-60173-CR-RS | | | | | |
| 64B-6 | Keegan Harricharan Certified Factual Proffer - 22-60173-CR-RS | | | | | |

24

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 64B-7 | Keegan Harricharan Certified Judgment - 22-60173-CR-RS | | | | | |
| 65A | Jimmy Glenn Thompson Jr. Photo | | | | | |
| 65B | Jimmy Glenn Thompson Jr. Certified Texas Driver's License Records | | | | | |
| 65C | Jimmy Glenn Thompson Jr. Certified Lack of U.S. Department of State Employment Record | | | | | |
| 65D | Jimmy Glenn Thompson Jr. Certified U.S. Department of Defense Employment Record | | | | | |
| 65E | Jimmy Glenn Thompson Jr. Certified Lack FBI Employment Record | | | | | |
| 65F | Jimmy Glenn Thompson Jr. Certified Lack of DEA Employment Record | | | | | |
| 66 | Jose Antonio Corrales Moncayo Photo | | | | | |
| 67A | Jameela Ammara Simmons Photo | | | | | |
| 67B-1 | Jameela Ammara Simmons Certified FL DAVID Records | | | | | |
| 67B-2 | Jameela Ammara Simmons - Certified State of Florida Corporation Records – Blackberry Fashion Designer LLC | | | | | |

25

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 68A | Robert Jean Marie Photo | | | | | |
| 68B | Robert Jean Marie Certified FL DAVID Records | | | | | |
| 68C | Robert Jean Marie Certified Lack of U.S. Department of State Employment Record | | | | | |
| 68D | Robert Jean Marie Certified Lack of FBI Employment Record | | | | | |
| 68E | Robert Jean Marie – Certified T-Mobile Toll and Subscriber Records (470-209-4046) | | | | | |
| 70A | David Alexis Photo | | | | | |
| 70B | David Alexis Certified FL DAVID Records | | | | | |
| 70C | David Alexis Certified Lack of U.S. Department of State Employment Record | | | | | |
| 70D | David Alexis Certified Lack of FBI Employment Record | | | | | |
| 71A | Parnell Duverger Photo | | | | | |
| 71B | Parnell Duverger Certified FL DAVID Records | | | | | |
| 71C | Parnell Duverger Certified Lack of U.S. Department of State Employment Record | | | | | |

26

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 71D | Parnell Duverger Certified Lack of FBI Employment Record | | | | | |
| 72A | Wells Fargo xxxx-4181 Certified Account Records (CTU Federal Academy - Ortiz & Intriago) –January-July 2021 | | | | | |
| 72B-1 | Cash App xxxx-4ZNG Certified Account Records (Wells Fargo xxxx-4181 - CTU Federal Academy - Ortiz & Intriago) – January-July 2021 | | | | | |
| 72B-2 | Cash App xxxx-0MJC Certified Account Records (Wells Fargo xxxx-4181 - CTU Federal Academy - Ortiz & Intriago) – January-July 2021 | | | | | |
| 72C | Xoom Certified Records (Wells Fargo xxxx-4181 - CTU Federal Academy - Ortiz & Intriago) – January-July 2021 | | | | | |
| 72D | Western Union Certified Records (Wells Fargo xxxx-4181 - CTU Federal Academy - Ortiz & Intriago) – January-July 2021 | | | | | |
| 72E | Summary Exhibit – Wells Fargo xxxx-4181 (CTU Federal Academy - Ortiz & Intriago) | | | | | |
| 73A | Wells Fargo xxxx-2133 Certified Account Records (Ortiz) –January-July 2021 | | | | | |
| 73B | Cash App xxxx-QYM1 Certified Account Records (Wells Fargo xxxx-2133 - Ortiz) – January-July 2021 | | | | | |

27

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 73C1-3 | PayPal xxxx-0273 Certified Records (Wells Fargo xxxx-2133 - Ortiz) – January-July 2021 | | | | | |
| 73D | Certified Xoom Records (Wells Fargo xxxx-2133 – Ortiz) –January-July 2021 | | | | | |
| 73E | Summary Exhibit – Wells Fargo xxxx-2133 (Ortiz) | | | | | |
| 74A | TD Bank xxxx-7076 Certified Account Records (CTU Security - Intriago) – January-July 2021 | | | | | |
| 74B | Summary Exhibit – TD Bank xxxx-7076 (CTU Security - Intriago) | | | | | |
| 75A | Wells Fargo xxxx-7076 Certified Account Records (Intriago) – January-July 2021 | | | | | |
| 75B | Summary Exhibit – Wells Fargo xxxx-7076 (Intriago) | | | | | |
| 76A-1 | Wells Fargo xxxx-0405 & 8019 Certified Account Records – (Ultimate Insurance Group - Veintemilla) – January-July 2021 | | | | | |
| 76A-2 | Ultimate Insurance Group (Veintemilla) - Certified Economic Injury Disaster Loan Program (EIDL) Application and Records | | | | | |
| 76B | Summary Exhibit – Wells Fargo xxxx-0405 & 8019 – (Ultimate Insurance Group - Veintemilla) | | | | | |

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 77 | JPMC xxxx-6583 Certified Account Records (Ultimate Insurance Group - Veintemilla) – January-July 2021 | | | | | |
| 78 | Capital One xxxx-0576   Certified Account Records (Ultimate Insurance Group - Veintemilla) – January-July 2021 | | | | | |
| 79A | Wells Fargo xxxx-5086 Certified Account Records (Worldwide Capital Lending - Veintemilla) – January-July 2021 | | | | | |
| 79B | Summary Exhibit – Wells Fargo xxxx-5086 (Ultimate Insurance Group - Veintemilla) | | | | | |
| 80 | JPMC xxxx-6867 Certified Account Records (Veintemilla) – January-July 2021 | | | | | |
| 81 | Barclays xxxx-1479 Certified Account Records (Veintemilla) – May-July 2021 | | | | | |
| 82 | BoA xxxx-5006 Certified Account Records (Sanon) – January-July 2021) | | | | | |
| 83A | Space Coast xxxx-0892 & 0900 Certified Account Records (EJS Maintenance & Repair - Solages) – January-July 2021 | | | | | |
| 83B | Summary Exhibit – SCCU xxxx-0892 & 0900 (EJS Maintenance & Repair - Solages) | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 84 | Regions xxxx-6497 Certified Account Records (GCP Cancer Research - Bergmann) – January-July 2021 | | | | | |
| 85 | Regions xxxx-0364 Certified Account Records (GCP Clinical Research - Bergmann) – January-July 2021 | | | | | |
| 86 | Regions Bank xxxx-0440 Certified Account Records (Biotech Development - Bergmann) – January-July 2021 | | | | | |
| 87 | BoA xxxx-5677 Certified Account Records (Boulder Enterprises - Bergmann) – January-July 2021 | | | | | |
| 88 | Cogent xxxx-3892 Certified Account Records (Bergmann) – January-July 2021 | | | | | |
| 89 | JPMC xxxx-5360 Certified Account Records (Bergmann) – January-July 2021 | | | | | |
| 90A-C | PayPal xxxx-0570 Certified Records (Bergman) | | | | | |
| 91A | PNC xxxx-1825 Certified Account Records (TNR Holdings Group) – January-July 2021 | | | | | |
| 91B-1 | TD Bank xxxx-7001 Certified Account Records (Blackberry Fashion Designer) – March-May 2021 | | | | | |
| 91B-2 | Blackberry Fashion Designer LLC - Certified Paycheck Protection Plan (PPP) Application and Records | | | | | |

30

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 91C-1 | BoA xxxx-8742 Certified Account Records (Williamson) – May-June 2021 | | | | | |
| 91C-2 | BoA xxxx-7970 Certified Account Records (Bulls Auto Repairs - Williamson) – May-June 2021 | | | | | |
| 91C-3 | Bulls Auto Repairs - Certified Economic Injury Disaster Loan Program (EIDL) Application and Records | | | | | |
| 92A-D | Master Financial Summary Exhibits – Funding Sources, Fund Draw Requests, Tactical Gear & Vests, and Travel & Lodging | | | | | |
| 93A-B | South Florida-Haiti-Dominican Republic-Colombia Map & South Florida Location Map | | | | | |
| 94A-J | Records Provided by Ortiz and Intriago to HSI – July 9, 2021 | | | | | |
| 95A | CTU Search Warrant Photos - July 27, 2021 | | | | | |
| 95B-1-5 | CTU Search Warrant Items – Scanned Documents & Translations – July 27, 2021 | | | | | |
| 95C | CTU Search Warrant Items – 1 Tactical Vest & 4 Accompanying Ballistic Plates – *Physical Exhibits* – July 27, 2021 | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 96A | Worldwide Search Warrant Photos – July 27, 2021 | | | | | |
| 96B-1-32 | Worldwide Search Warrant Items – Scanned Documents – July 27, 2021 | | | | | |
| 96C-1 | Worldwide and M.R. Promissory Note and Wire Transfer | | | | | |
| 96C-2 | BoA xxxx-6944 Certified Account Records (M.R.) – January-July 2021 | | | | | |
| 97A | Ortiz Residence Search Warrant Photos – July 27, 2021 | | | | | |
| 97B-1-2 | Ortiz Residence Search Warrant Items – Scanned Documents & Translations – July 27, 2021 | | | | | |
| 98 | Haiti-Dominican Republic Map | | | | | |
| 99 | Port-au-Prince, Petion Ville/Pellerin 5 Haiti Map (with locations) | | | | | |
| 100 | Jaar/Mountain House - Port-au-Prince, Haiti - Overhead Map – July 7, 2021 | | | | | |
| 101A | Jovenel Moise Residence - Port-au-Prince, Haiti - Overhead Map – July 7, 2021 | | | | | |

32

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 101B | Jovenel Moise Residence - Port-au-Prince, Haiti – Street View Map | | | | | |
| 102A | Jovenel Moise Residence Interior Schematic | | | | | |
| 102B | Jovenel Moise Residence Photos (2021 & 2023) | | | | | |
| 103A | Haiti-Seized Evidence Photos (2021) | | | | | |
| 103B1-3 | Haiti-Seized Evidence Photos (2023) - Sanon Items & Evidence Sheet Translations | | | | | |
| 103B-4 | Haiti-Seized Evidence Photos (2023) - Breaching Tools & Evidence Sheet Translation | | | | | |
| 103B-5 | Haiti-Seized Evidence Photos (2023) - CTU Vests & Evidence Sheet Translation (2023) | | | | | |
| 103B-6 | Haiti-Seized Evidence Photos (2023) – Cell Phones | | | | | |
| 103B-7 | Haiti-Seized Evidence Photos (2023) - Handguns | | | | | |
| 103B-8 | Haiti-Seized Evidence Photos (2023) – Colombian Items | | | | | |
| 103B-9 | Haiti-Seized Evidence Photos (2023) - CTU Ballistic Plates & Evidence Sheet Translation | | | | | |
| 103B-10 | Haiti-Seized Evidence Photos (2023) - Long Guns | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 103B-11 | Haiti-Seized Evidence Photos (2023) - DEA Patches and Balaclavas/Face Masks, & IDs | | | | | |
| 103B-12 | Haiti-Seized Evidence Photos (2023) - Moise Notebook Photos & Translations | | | | | |
| 103B-13 | Haiti-Seized Evidence Photos (2023) - Moise Autopsy Bullet Fragments | | | | | |
| 103C-1 | Palmetto Arms AR-15 rifle S/N SCD069113 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-2 | Galil rifle CL0219 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-3 | IWI ACE 21 rifle S/N 43101000 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-4 | UZI 9mm rifle S/N 067464 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-5 | Remington 870 Magnum shotgun S/N 0348073M - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-6 | Saiga 12-gauge shotgun S/N H11407974 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-7 | Franchi 12-gauge shotgun S/N D72166 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |

34

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 103C-8 | Winchester 12-gauge shotgun S/N 1538352 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103D | Test Fired Rounds – 16 bullets, 23 cartridge cases, 3 shotgun shell cases – *Physical Exhibit* | | | | | |
| 103E | Haiti-Seized Evidence & Custody Video – July 8, 2021 | | | | | |
| 103F | Taiwan Embassy Haiti-Seized Evidence Photos – July 24, 2021 | | | | | |
| 103G | Colombian Law Enforcement Presentation to FBI – July 2021 | | | | | |
| 104A | Jovenel Moise Official Presidential Photo | | | | | |
| 104B-1 | Jovenel Moise Autopsy Photos | | | | | |
| 104B-2 | Jovenel Moise Autopsy X-Rays | | | | | |
| 104C1-2 | Jovenel Moise Medical Examiner Report & Translation | | | | | |
| 104C-3 | Jovenel Moise Autopsy - 4 individually wrapped bullet fragments – *Physical Exhibit* | | | | | |
| 105A | Martine Moise Certified Medical Records – Jackson Memorial Hospital | | | | | |

35

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 105B | Martine Moise Medical Evidence -Sealed evidence bag containing 1 bullet fragment, with medical record number (MRN) 5491224 – *Physical Exhibit* | | | | | |
| 106 | Ortiz Samsung Note 8 Phone (929-291-0040) - Full Cellebrite Report | | | | | |
| 106A | Ortiz Samsung Note 8 Phone (SM-N950U - 929-291-0040) – Consent & Chain of Custody Form | | | | | |
| 106B | Ortiz Samsung Note 8 Phone (SM-N950U - 929-291-0040) – *Physical Exhibit* | | | | | |
| 106B1-9 | Ortiz Samsung Note 8 Phone (929-291-0040) - Cellebrite Extract Reports | | | | | |
| 106C | Ortiz Samsung Note 8 Phone (929-291-0040) – Transcriptions & Translations | | | | | |
| 106D | Ortiz Samsung Note 8 Phone - Certified AT&T Subscriber and Toll Records (929-291-0040) | | | | | |
| 107 | Ortiz LG MP260 Phone (305-526-5699) - Full Cellebrite Report | | | | | |
| 107A | Ortiz LG MP260 Phone (305-526-5699) – Consent & Return of Custody Form | | | | | |

36

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 107B1-8 | Ortiz LG MP260 Phone (305-526-5699) - Cellebrite Extract Reports | | | | | |
| 107C | Ortiz LG MP260 Phone (305-526-5699) – Transcriptions & Translations | | | | | |
| 107D | Ortiz LG MP260 Phone – Certified AT&T Toll Records (305-526-5699) | | | | | |
| 108 | Intriago iPhone 11 (786-201-1829) - Full Cellebrite Report | | | | | |
| 108A | Intriago iPhone 11 (786-201-1829) – Consent Form | | | | | |
| 108B1-9 | Intriago iPhone 11 (786-201-1829) – Cellebrite Extract Reports | | | | | |
| 108C | Intriago iPhone 11 (786-201-1829) - Transcriptions & Translations | | | | | |
| 108D | Intriago iPhone 11 - Certified Verizon Subscriber and Toll Records (786-201-1829) | | | | | |
| 109 | Intriago LG Phone (305-526-5743) - Full Cellebrite Report | | | | | |
| 109A | Intriago LG Phone (305-526-5743) – Consent Form | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 109B1-7 | Intriago LG Phone (305-526-5743) – Cellebrite Extract Reports | | | | | |
| 109C | Intriago LG Phone (305-526-5743) - Transcriptions & Translations | | | | | |
| 109D | Intriago LG Phone – Certified AT&T Toll Records (305-526-5743) | | | | | |
| 110 | Intriago Samsung Note 8 Phone (305-926-3000) - Full Cellebrite Report | | | | | |
| 110A | Intriago Samsung Note 8 Phone (305-926-3000) – Consent Form | | | | | |
| 110B1-6 | Intriago Samsung Note 8 Phone (305-926-3000) – Cellebrite Extract Reports | | | | | |
| 110C | Intriago Samsung Note 8 Phone - Certified Verizon Subscriber and Toll Records (305-926-3000) | | | | | |
| 111 | Intriago Samsung Galaxy Phone – Certified AT&T Toll Records (305-629-0952) | | | | | |
| 112 | Veintemilla iPhone – Certified T-Mobile Subscriber and Toll Records (786-525-6750) | | | | | |
| 113A | Veintemilla/Guerrero/Worldwide HP Pavilion Laptop Computer – Full AD Lab Extraction File | | | | | |

38

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 113B1-2 | Veintemilla/Guerrero/Worldwide HP Pavilion Laptop Computer – AD Lab Extract Chat and Summary Reports | | | | | |
| 113C | Veintemilla/Guerrero/ Worldwide HP Pavilion Laptop - Transcriptions & Translations | | | | | |
| 114 | Sanon iPhone (509-4330-0095) - Full Cellebrite Report | | | | | |
| 114A1-2 | Sanon iPhone (509-4330-0095) – Photos & Consent Form | | | | | |
| 114B1-11 | Sanon iPhone (509-4330-0095) – Cellebrite Extract Reports | | | | | |
| 114C | Sanon iPhone (509-4330-0095) Transcriptions & Translations | | | | | |
| 115 | Sanon iPhone (561-644-9252) - Full Cellebrite Report | | | | | |
| 115A1-2 | Sanon iPhone (561-644-9252) - Photos & Consent Form | | | | | |
| 115B1-11 | Sanon iPhone (561-644-9252) – Cellebrite Extract Reports | | | | | |
| 115C | Sanon iPhone (561-644-9252) - Transcriptions & Translations | | | | | |

39

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 115D | Sanon iPhone - Certified T-Mobile Subscriber and Toll Records (561-644-9252) | | | | | |
| 116 | Sanon Motorola Stylus Phone (561-633-0034) - Full Cellebrite Report | | | | | |
| 116A1-2 | Sanon Motorola Stylus Phone (561-633-0034) – Photos & Consent Form | | | | | |
| 116B1-11 | Sanon Motorola Stylus Phone (561-633-0034) – Cellebrite Extract Reports | | | | | |
| 116C | Sanon Motorola Stylus Phone (561-633-0034) - Transcriptions & Translations | | | | | |
| 116D | Sanon Motorola Stylus Phone - Certified T-Mobile Phone Subscriber and Toll Records (561-633-0034) | | | | | |
| 117 | Solages iPhone 11 (509-4200-3725 & 754-265-0048) - Full Cellebrite Report | | | | | |
| 117A1-2 | Solages iPhone 11 (509-4200-3725 & 754-265-0048) – Photos & Consent Form | | | | | |
| 117B1-10 | Solages iPhone 11 (509-4200-3725 & 754-265-0048) - Cellebrite Extract Reports | | | | | |
| 117C | Solages iPhone 11 (509-4200-3725 & 754-265-0048) - Transcriptions & Translations | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 117D | Solages iPhone 11 - Certified T-Mobile Subscriber Records | | | | | |
| 118 | Bergmann iPhone (813-679-3743) - Full Cellebrite Report | | | | | |
| 118A1-2 | Bergmann iPhone (813-679-3743) - *Physical Exhibit* and Consent Form | | | | | |
| 118B1-10 | Bergmann iPhone (813-679-3743) - Cellebrite Extract Reports | | | | | |
| 118C | Bergmann iPhone - Certified AT&T Subscriber and Toll Records (813-679-3743) | | | | | |
| 119 | Vincent Samsung Galaxy A21S Phone (509-4665-4545) - Full Cellebrite Report | | | | | |
| 119A1-2 | Vincent Samsung Galaxy A21S Phone (509-4665-4545) – Photos & Consent Form | | | | | |
| 119B1-4 | Vincent Samsung Galaxy A21S Phone (509-4665-4545) - Cellebrite Extract Reports | | | | | |
| 119C | Vincent Samsung Galaxy A21S Phone (509-4665-4545) - Transcriptions & Translations | | | | | |
| 120 | Jaar iPhone X (509-3668-4774, 829-667-4774 & 809-663-2110) - Full Cellebrite Report | | | | | |

41

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 120A1-2 | Jaar iPhone X (509-3668-4774, 829-667-4774 & 809-663-2110) – *Physical Exhibit* and Consent Form | | | | | |
| 120B1-2 | Jaar iPhone X (509-3668-4774, 829-667-4774 & 809-663-2110) - Cellebrite Extract Reports | | | | | |
| 121A-1 | Joel John Samsung Galaxy S7 Phone (509-3360-2819) - Full Cellebrite Report | | | | | |
| 121A2-4 | Joel John Samsung Galaxy S7 Phone (509-3360-2819) – Phone Photos & Cellebrite Extract Reports | | | | | |
| 121B-1 | Joel John iPhone5s (509-3360-2819) - Full Cellebrite Report | | | | | |
| 121B2-4 | Joel John iPhone5s (509-3360-2819) – Phone Photos & Cellebrite Extract Reports | | | | | |
| 122 | Palacios Samsung Galaxy A21s Phone - Full Cellebrite Report | | | | | |
| 122A1-2 | Palacios Samsung Galaxy A21s Phone – *Physical Exhibit* and Consent Form | | | | | |
| 122B1-2 | Palacios Samsung Galaxy A21s Phone - Cellebrite Extract Reports | | | | | |
| 123 | Palacios Samsung Galaxy A20 SM Phone - Full Cellebrite Report | | | | | |

42

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 123A1-2 | Palacios Samsung Galaxy A20 SM Phone - *Physical Exhibit* and Consent Form | | | | | |
| 123B1-2 | Palacios Samsung Galaxy A20 SM Phone – Cellebrite Extract Reports | | | | | |
| 124 | Jhon Jader Andela Samsung Galaxy A50 Phone (57-3233273531) - Full Cellebrite Report | | | | | |
| 124A1-2 | Jhon Jader Andela Samsung Galaxy A50 Phone (57-3233273531) - Photos & Consent Form | | | | | |
| 124B1-6 | Jhon Jader Andela Samsung Galaxy A50 Phone (57-3233273531) - Cellebrite Extract Reports | | | | | |
| 125 | Francisco Eladio Uribe Ochoa Huawei JKM Phone (509-4135-1319) - Full Cellebrite Report | | | | | |
| 125A1-2 | Francisco Eladio Uribe Ochoa Huawei JKM Phone (509-4135-1319) – Photos & Consent Form | | | | | |
| 125B1-9 | Francisco Eladio Uribe Ochoa Huawei JKM Phone (509-4135-1319) - Cellebrite Extract Reports | | | | | |
| 126 | Angel Mario Yarce Sierra Samsung J5 Phone (57-316958906) - Full Cellebrite Report | | | | | |
| 126A1-2 | Angel Mario Yarce Sierra Samsung J5 Phone (57-316958906) – Photos & Consent Forms | | | | | |

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|--------|---------|---------------|--------------|-------|------|------------------------|
| 126B1-6 | Angel Mario Yarce Sierra Samsung J5 Phone (57-316958906) - Cellebrite Extract Reports | | | | | |
| 127 | Carlos Giovanni Guerrero Torres Huawei STK Phone (509-3583-2162) - Full Cellebrite Report | | | | | |
| 127A1-2 | Carlos Giovanni Guerrero Torres Huawei STK Phone (509-3583-2162) – Photos & Consent Form | | | | | |
| 127B1-9 | Carlos Giovanni Guerrero Torres Huawei STK Phone (509-3583-2162) - Cellebrite Extract Reports | | | | | |
| 128 | Enalber Vargas Gomez Samsung J7 Phone (57-3134962969) - Full Cellebrite Report | | | | | |
| 128A1-2 | Enalber Vargas Gomez Samsung J7 Phone (57-3134962969) – Photos & Consent Form | | | | | |
| 128B1-9 | Enalber Vargas Gomez Samsung J7 Phone (57-3134962969) - Cellebrite Extract Reports | | | | | |
| 129 | Alex Miyer Pena Samsung Galaxy A30S Phone (57-3103154363) - Full Cellebrite Report | | | | | |
| 129A1-2 | Alex Miyer Pena Samsung Galaxy A30S Phone (57-3103154363) – Photos & Consent Form | | | | | |
| 129B1-8 | Alex Miyer Pena Samsung Galaxy A30S Phone (57-3103154363) – Cellebrite Extract Reports | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 130 | Jhon Jairo Suarez Alegria Samsung Galaxy A11 Phone (Unknown #) - Full Cellebrite Report | | | | | |
| 130A1-2 | Jhon Jairo Suarez Alegria Samsung Galaxy A11 Phone (Unknown #) – Photos & Consent Form | | | | | |
| 130B1-5 | Jhon Jairo Suarez Alegria Samsung Galaxy A11 Phone (Unknown #) – Cellebrite Extract Reports | | | | | |
| 131 | Naiser Franco Casteneda Huawei STK Phone (57-3214692465) - Full Cellebrite Report | | | | | |
| 131A1-2 | Naiser Franco Casteneda Huawei STK Phone (57-3214692465) – Photos & Consent Form | | | | | |
| 131B1-8 | Naiser Franco Casteneda Huawei STK Phone (57-3214692465) - Cellebrite Extract Reports | | | | | |
| 132 | Alejandro Giraldo Zapata Samsung Galaxy J6 Phone (57-3232050512) - Full Cellebrite Report | | | | | |
| 132A1-2 | Alejandro Giraldo Zapata Samsung Galaxy J6 Phone (57-3232050512) – Photos & Consent Form | | | | | |
| 132B1-9 | Alejandro Giraldo Zapata Samsung Galaxy J6 Phone (57-3232050512) - Cellebrite Extract Reports | | | | | |
| 132C | Alejandro Giraldo Zapata Samsung Galaxy J6 Phone (57-3232050512) - Transcriptions & Translations | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| <u>Number</u> | <u>Exhibit</u> | <u>Witness IDing</u> | <u>Date Offered</u> | <u>Admit</u> | <u>Deny</u> | <u>Other Witness Referring</u> |
|---|---|---|---|---|---|---|
| 133A | Badio iPad 2 A1395 - Full Cellebrite Report | | | | | |
| 133A1-2 | Badio iPad 2 A1395 - Cellebrite Extract Reports | | | | | |
| 133B | Badio iPad Mini A1455 - Full Cellebrite Report | | | | | |
| 133B1-2 | Badio iPad Mini A1455 - Cellebrite Extract Reports | | | | | |
| 133C | Badio Samsung A11 - Full Cellebrite Report | | | | | |
| 133C1-2 | Badio Samsung A11 - Cellebrite Extract Reports | | | | | |
| 133D | Badio Samsung A02S - Full Cellebrite Report | | | | | |
| 133D1-2 | Badio Samsung A02S - Cellebrite Extract Reports | | | | | |
| 134 | Badio Dell Desktop 750 GB - Magnet Axiom Report | | | | | |
| 134A | Badio Dell Desktop 750 GB - Source Summary Report | | | | | |
| 135 | Badio HP Laptop – Magnet Axiom Report | | | | | |
| 135A | Badio HP Laptop – Source Summary Report | | | | | |
| 136 | CM Samsung Galaxy J7 Star Phone (509-3785-3673) - Full Cellebrite Report | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 136A | CM Samsung Galaxy J7 Star Phone (509-3785-3673) - *Physical Exhibit* | | | | | |
| 136B1-7 | CM Samsung Galaxy J7 Star Phone (509-3785-3673) – Photos & Cellebrite Report Extracts | | | | | |
| 137 | IBC Airways Certified Records | | | | | |
| 138 | ePolice Certified Records | | | | | |
| 139 | Jet Genius Certified Invoice & Records (May 2021 – U.S.-Haiti flight – Bates 12415) | | | | | |
| 140A-B | Colombian CTU Team Photos (with Names) | | | | | |
| 141 | Video #1 - July 7, 2021 - "DEA Operation" | | | | | |
| 142A | Video #2 – July 7, 2021 - Moise Residence | | | | | |
| 142B | Video #3 – July 7, 2021 - Moise Residence | | | | | |
| 142C | Video #4 – July 7, 2021 - Moise Residence | | | | | |
| 143 | Video #5 – July 7, 2021 - Moise Residence | | | | | |
| 144 | Video #6 – July 8, 2021 - Abandoned Evidence | | | | | |
| 145A1-8 | Jose Antonio Corrales Moncayo Deposition Videos – November 19-20, 2024 | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 146A-B | Jose Antonio Corrales Moncayo Deposition Transcript & Deposition Exhibits – November 19-20, 2024 | | | | | |
| 147A | February & March 2021 Device Summary Exhibit | | | | | |
| 147B | April 2021 Device Summary Exhibit | | | | | |
| 147C | May 2021 Device Summary Exhibit | | | | | |
| 147D | June 2021 Device Summary Exhibit | | | | | |
| 147E | July 2021 Device Summary Exhibit | | | | | |
| 148 | Export Administration Regulations – Commerce Control List ECCN 1A613 | | | | | |
| 149 | Export Administration Regulations – Commerce Control List ECCN 1A005 | | | | | |
| 150 | Export Administration Regulations – Commerce Country Chart | | | | | |
| 151 | License Determination E1070405 Report - U.S. Department of Commerce, Bureau of Industry and Security - | | | | | |
| 152 | License Determination E1070406 Report - U.S. Department of Commerce, Bureau of Industry and Security | | | | | |

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 153 | License Determination E1070407 Report - U.S. Department of Commerce, Bureau of Industry and Security | | | | | |
| 154 | CTU February 13, 2019, Export License Z1599410 (Brazil) - U.S. Department of Commerce, Bureau of Industry and Security | | | | | |
| 155 | FBI Firearm Basics Demonstrative Exhibit | | | | | |
| 156 | Haitian Constitution Articles 24, 24-1, 24-2, 24-3, and 25 & Translation | | | | | |
| 157A-E | FBI Haiti Evidence Custody Sheets – L Devices | | | | | |
| 158 | Theodore Chavez Expert Ballistics Worksheet | | | | | |
| 159A | Jean Roger Noelcius Deposition Video –February 20, 2026 | | | | | |
| 159B | Jean Roger Noelcius Deposition Transcript & Deposition Exhibits –February 20, 2026 | | | | | |
| 160A-C | Moise Jewelry Seized from Mario Antonio Palacios Palacios in Jamaica - *Physical Exhibits* | | | | | |
| | | | | | | |

Government Exhibit List - United States v. Ortiz et. al., 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

50

Government Exhibit List - <u>United States v. Ortiz et. al.</u>, 22-20104-CR-BECERRA

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically

filed on March 8, 2026, with the Clerk of the Court and counsel of record using CM/ECF.

*s/ Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney
