UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
      Plaintiff,

v.                            CASE NO.: 22-20104-CR-MARTINEZ/BECERRA

ANTONIO INTRIAGO, et al.,
      Defendants.
                          /

## DEFENDANT ANTONIO INTRIAGO'S MOTION TO ADOPT SPECIFIC PORTIONS OF CO-DEFENDANTS MOTIONS FOR JUDGMENT OF ACQUITTAL AND NEW TRIAL

**COMES NOW**, the Defendant, Antonio Intriago ("Intriago") by and through counsel, and moves to adopt co-Defendants Walter Veintemilla ("Veintemilla"), James Solages ("Solages"), and Archangel Pretel Ortiz's ("Pretel") Motions for Judgment of Acquittal pursuant to Rule 29, Federal Rules of Criminal Procedure, and/or for a New Trial pursuant to Rule 33, Federal Rules of Criminal Procedure, and in support states as follows:

1. The Co-Defendants' Motions raise common issues concerning the legal integrity of the verdict against the Defendants.

2. Intriago joins the arguments of the co-Defendants as hereinbelow detailed subject to any clarifications specifically tailored to Mr. Intriago.

3. With regard to Solages' Motion, Mr. Intriago adopts the introduction and all arguments raised. Specifically, Intriago joins Solages' arguments under 18 U.S.C. 956(d) and the Government's stricter burden that while Intriago was in Texas on a 4th of July weekend with his family that Intriago somehow agreed to kill the President with a plan that was set in motion late on the night of July 6, 2021.

4. Intriago joins Pretel's argument that the admission of the Thompson message created unfair spillover prejudice as to Mr. Intriago as he was an owner of C.T.U. ("The Contractor").

1

5. Intriago adopts portions of Veintemilla's Motion that the evidence presented at Trial established multiple/separate conspiracies and not the single conspiracy of the Indictment and the absence of a Jury Instruction on multiple conspiracies contributed to the prejudice.

6. Mr. Intriago adopts Veintemilla's Motion asserting that the Jury Instructions were confusing and failed to adequately guide the Jury.

7. Mr. Intriago adopts Veintemilla's weight of the evidence, cumulative error doctrine and all preserved Rule 29 arguments as if they were his own.

## CONCLUSION

**WHEREFORE**, Intriago respectfully requests this Court (1) <u>grant</u> this motion to adopt co-Defendants Veintemilla, Solages, and Pretel's Motions; (2) enter an <u>order</u> adopting Veintemilla, Solages, and Pretel's Motions; and  (3) <u>award</u> all other relief deemed just and necessary under the circumstances.

Respectfully Submitted,

By: *Emmanuel Perez*
Emmanuel Perez, Esq.
Fla. Bar # 586552
LAW OFFICE OF EMMANUEL PEREZ & ASSOCIATES, P.A.
901 Ponce De Leon Blvd., Suite 101
Coral Gables, FL 33134
Tel: (305) 442-7443
Fax: (305) 441-9218
E: perez@lawperez.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading has been electronically filed and served via EM/ECF on this 9th day of July 2026.

By: *Emmanuel Perez*
Emmanuel Perez, Esq.

2